# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

ERIC FLORES,

    Plaintiff,

vs.

UNITED STATES ATTORNEY GENERAL, FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

No. C15-4031-MWB

**ORDER**

---

This matter is before the court on the plaintiff's application to proceed in forma pauperis. The plaintiff submitted such application on April 16, 2015. Along with his application to proceed in forma pauperis, the plaintiff submitted a complaint and several other documents. There is no doubt that 28 U.S.C. § 1915(g), commonly referred to as the "three strikes" provision, denies the plaintiff the advantages of proceeding in forma pauperis. *See, e.g.*, *Flores v. Holder*, 132 S. Ct. 2397 (2012); *Flores v. United State AG*, 434 F. App'x 387 (5th Cir. 2011); *Flores v. El Paso Police Dep't*, 2011 U.S. Dist. LEXIS 98111 (W.D. Tex. 2011). Accordingly, the plaintiff's application to proceed in forma pauperis shall be denied, and this action shall be dismissed without prejudice. The clerk's office shall file the complaint for the purpose of making a record.

    **IT IS THEREFORE ORDERED**:

    1) The plaintiff's application to proceed in forma pauperis (docket no. 1) is denied.

    2) The plaintiff's action is dismissed without prejudice.

3) The clerk's office is directed to file the plaintiff's complaint for the purpose of making a record.

**DATED** this 28th day of April, 2015.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA